UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AM, a Minor Individual; ARLENE MACHUCA, as Parent and Guardian of AM, a Minor,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; JUSTIN DIMITRI KNIGHT, an Individual; and DOES II-X, Unknown Persons or Entities,<br><br>    Defendants. | Case No. 2:24-cv-001065-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Extend Time for Service on Defendant Justin Dimitri Knight ("Knight"). ECF No. 10. Plaintiff requests an additional 120 days to serve Knight because, despite diligent attempts to serve, those attempts have been unsuccessful. *Id.*

**I.    Discussion**

Federal Rule of Civil Procedure 4(m) states that if a plaintiff demonstrates "good cause" for failure to timely serve a defendant "the court must extend the time for service for an appropriate period." "Generally, good cause is equated with diligence." *Elliott v. Williams*, Case No. 2:19-CV-00383-GMN-BNW, 2021 WL 1612295, at \*2 (D. Nev. Apr. 23, 2021). Here, Plaintiff's process server conducted an extensive investigation in an attempt to locate and serve Knight. ECF No. 10. Those efforts have not resulted in effective service. *Id*. In sum, Plaintiff demonstrates good cause in support of the requested extension to serve; provided, however, that to the extent alternative forms of service are requested, Plaintiff must seek specific permission from the Court.

**II.    Order**

Accordingly, and based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time for Service on Defendant Justin Dimitri Knight (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that the time within which Plaintiff must serve Defendant Justin Dimitri Knight is extended to **November 6, 2024**.

Dated this 11th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE