UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER MACHUCA, an individual; ARLENE MACHUCA, as parent and guardian of A.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, Political Subdivision of the State of Nevada; JUSTIN DIMITRI KNIGHT, an individual; and DOES II-X, Unknown Persons or Entities,<br><br>Defendants. | Case No. 2:24-cv-01065-CDS-EJY<br><br>**ORDER** |

The Court enters the following discovery plan and scheduling order arising from the parties' failure to submit the same as required by the Court's July 31, 2024 Order (ECF No. 16).

1. <u>Discovery Deadline</u>:  Discovery must be completed by **February 17 , 2025**.

2. <u>Deadline to Amend Pleadings and Add Parties</u>:  **November 19, 2024**.

3. <u>Deadline to Disclose Initial Expert Disclosures</u>: **December 19, 2024**.

4. <u>Deadline to Disclose Rebuttal Expert Disclosures</u>: **January 20, 2025**.

5. <u>Deadline to File Dispositive Motions</u>: **March 19, 2025**.

6. <u>Deadline to File Joint Pretrial Order</u>:  **April 18, 2025**.  If, however, dispositive motions are pending on this date, the deadline for filing the joint proposed pretrial order is automatically vacated and reset for 30 days after dispositive motions are ruled upon.

7. <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>: The parties will include the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them in the joint pretrial order.

8. <u>Later Appearing Parties</u>:  A copy of this discovery plan and scheduling order must be served on any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance.  This discovery plan and scheduling order will apply to such later appearing parties, unless a stipulation of the parties approved by the Court or the Court, on motion for good cause shown, orders otherwise.

9. <u>Extension or Modifications of the Discovery Plan and Scheduling Order</u>:  LR 26-3 governs modifications or extension of this discovery plan and scheduling order.  Any stipulation or motion must be made not later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-3.

IT IS SO ORDERED this 21st day of August, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE