UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AM, a Minor Individual; ARLENE MACHUCA, as Parent and Guardian of AM, a Minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; JUSTIN DIMITRI KNIGHT, an Individual; and DOES II-X, Unknown Persons or Entities,<br><br>Defendants. | Case No. 2:24-cv-001065-CDS-EJY<br><br>**ORDER** |

The Court is in receipt of Plaintiffs' Application to Serve Defendant Justin Dimitri Knight by Publication (ECF No. 19). The Application fails to provide all the information required to effect service of process by publication under Nevada Rules of Civil Procedure incorporated by the Federal Rules of Civil Procedure. Plaintiffs also fail to elaborate on the procedures that must be followed under California's procedural rules.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Application to Serve Defendant Justin Dimitri Knight by Publication (ECF No. 19) is DENIED without prejudice.

IT IS FURTHER ORDERED that any revised motion (not application) seeking permission to serve by publication **must** state the procedures for service by process required by each state rule as well as Plaintiffs' specific proposal for complying with those rules.

Dated this 10th day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE