LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
ALEXANDRE M. FAYAD, ESQ.
Nevada Bar No. 15407
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
fayadam@nv.ccsd.net

*Attorneys for Defendant Clark County School District*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER MACHUCA, an Individual; ARLENE MACHUCA, as Parent and Guardian of AM, a Minor;<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; JUSTIN DIMITRI KNIGHT, an Individual; and DOES II-X, Unknown Persons or Entities;<br><br>Defendants. | Case No: 2:24-cv-01065-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(FIRST REQUEST)** |

The above-named parties, by and through their respective counsel of record, hereby state as follows:

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the all discovery deadlines be extended by an additional ninety (90) days. This is the parties' first request to extend the discovery deadline in this matter.

Plaintiffs ALEXANDER MACHUCA, an Individual, and Arlene Machuca, as Parent and Guardian of AM, a Minor ("Plaintiffs") commenced a State Court Action on March 9, 2024. Thereafter, they filed an Amended Complaint on April 29, 2024.

On June 7, 2024, Defendant Clark County School District ("CCSD") filed Notice of Removal of Action to Federal Court and Petition for Removal [Doc. 1].

On June 14, 2024, Defendant CCSD filed Answer to Amended Complaint [Doc. 5].

On July 8, 2024, Plaintiffs filed Plaintiffs' Amended Motion to Extend Time for Service of Defendant Justin Dimitri Knight [Doc. 10]. On July 11, 2024, the Court issued an Order granting Plaintiff's Amended Motion to Extend time for Service, extending the time within which Plaintiff must serve Defendant Justin Dimitri Knight to November 6, 2024 [Doc 12].

On August 22, 2024, the Court issued and Order [Doc. 17] setting the following discovery plan and scheduling order:

(a) Close of Discovery: **February 17, 2025**

(b) Final Date to Amend Pleadings or Add Parties: **November 19, 2024**

(c) Final Dates for Initial Experts: **December 19, 2024**

(d) Final Dates for Rebuttal Experts: **January 20, 2025**

(e) Final Date to File Dispositive Motions: **March 19, 2025**

(f) Joint Pretrial Order: **April 18, 2025.** If, however, dispositive motions are pending on this date, the deadline for filing the joint proposed pretrial order is automatically vacated and reset for 30 days after dispositive motions are ruled upon.

On October 9, 2024, Plaintiffs filed Amended Motion to serve Defendant Justic Dimitri Knight by Publication and to Extend Time for Service [Doc. 21], which granted Plaintiffs through and including **January 6, 2025**, to complete service by publication [Order, Doc. 22]. Service by Publication was completed on December 4, 2024 [Proof of Publication, Doc. 23].

**Pursuant to the requirements of LR6-1 and LR26-4, the parties provide the Court with the following information in support of their stipulation to extend discovery in this matter.**

### A. DISCOVERY COMPLETED

1. Defendant CCSD has provided initial witnesses and documents as required under FRCP 26.
2. Plaintiffs served written discovery requests to Defendant CCSD on December 20. 2025.
3. Plaintiffs have served their initial disclosures on January 24, 2025.
3. Defendant has served written discovery requests to Plaintiff Alexander Machuca.

### B. REMAINING DISCOVERY TO BE COMPLETED

1. Depositions of fact and party witnesses disclosed by the parties.
2. Responses to written discovery requests.
3. Additional written discovery to be completed by both parties.
4. Expert disclosures need to be made.

### C. REASON WHY DISCOVERY HAS NOT BEEN COMPLETED

Plaintiffs made several efforts at service of Defendant Justin Knight. Service by publication was completed through December 4, 2024. The parties needed to wait and allow Mr. Knight an opportunity to appear before significantly engaging in discovery, which resulted in the need for an extension of deadlines and to re-open the expert disclosure deadlines. Additionally, the parties respectfully request an extension of the discovery deadlines in this case due to extraordinary demands caused by the preparation for trial in another matter. Defense counsel currently has a firm trial date of April 21, 2025, before Judge Williams in state court in case number A-21-839023-B. In that case, Motions in Limine are due on March 3, 2025, and are currently being drafted, alongside motions for summary judgment. The demands of trial preparation in that case have required a significant portion of defense counsel's professional attention, given its complexity and the approaching deadlines.

This request is made in good faith and not for the purpose of delay. Extending the discovery deadlines in the present case by 90 days will serve the interests of justice by allowing defense counsel to fully and effectively engage in the discovery process without compromising their obligations in the state court matter.

This extension is not intended to delay the progress of this case.

### D.  PROPOSED SCHEDULE FOR REMAINING DISCOVERY

    (a)  Close of Discovery: **May 19, 2025**

    (b)  Final Date to Amend Pleadings or Add Parties: March 19, 2025

    (c)  Final Dates for Initial Experts:  **March 19, 2025**

    (d)  Final Dates for Rebuttal Experts: **April 19, 2025**

    (e)  Final Date to File Dispositive Motions: J**une 17, 2025**

    (g)  Joint Pretrial Order: **July 17, 2025.** If, however, dispositive motions are pending on this date, the deadline for filing the joint proposed pretrial order is automatically vacated and reset for 30 days after dispositive motions are ruled upon.

**IT IS SO STIPULATED.**

| DATED this 24th day of January 2025. | Dated this 24th day of January 2025. |
|---|---|
| RYAN ALEXANDER, CHTD. | LIPSON NEILSON P.C. |
| BY:  /s/ *Michael D. Navratil*<br>    RYAN ALEXANDER, ESQ.<br>    Nevada Bar No. 10845<br>    MICHAEL D. NAVRATIL, ESQ.<br>    Nevada Bar No. 7460<br>    3017 West Charleston Blvd., Ste. 10<br>    Las Vegas, NV 89102<br>    Phone: (702) 868-3311<br>    Fax: (702) 822-1133<br><br>    *Attorneys for Plaintiffs* | By: */s/ Lisa J. Zastrow*<br>    JOSEPH P. GARIN, ESQ.<br>    Nevada Bar No. 6653<br>    LISA J. ZASTROW, ESQ.<br>    Nevada Bar No. 9727<br>    9900 Covington Cross Drive, Suite 120<br>    Las Vegas, Nevada 89144<br><br>    CLARK COUNTY SCHOOL DISTRICT<br>    OFFICE OF THE GENERAL COUNSEL<br>    ALEXANDRE M. FAYAD, ESQ.<br>    Nevada Bar No. 15407<br>    5100 West Sahara Avenue<br>    Las Vegas, Nevada 89146<br><br>    *Attorneys for Defendant Clark County School District* |

**LIPSON NEILSON P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

*Machuca v. Clark County School District, et al.*
Case No: 2:24-cv-01065-CDS-EJY
STIPULATION AND ORDER TO EXTEND DISCOVERY
(FIRST REQUEST)

### **ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: January 24, 2025

Prepared by:

LIPSON NEILSON P.C.

By:  */s/ Lisa J. Zastrow*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
ALEXANDRE M. FAYAD, ESQ.
Nevada Bar No. 15407
5100 West Sahara Avenue
Las Vegas, Nevada 89146