# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Arlene Machuca, et al., | Case No. 2:24-cv-01065-CDS-EJY |
| Plaintiffs | **Order Directing Parties to File a Joint Status Report or Dismissal** |
| v. | |
| Clark County School District, | |
| Defendant | |

In August, plaintiffs Alexander and Arlene Machuca and defendant Clark County School District reached a full and final settlement of the plaintiffs' claims. Report, ECF No. 33. They were ordered to file a stipulation of dismissal or joint status report addressing settlement by October 20, 2025. Min. order, ECF No. 34. Almost a month has passed without the parties filing a stipulation, a joint status report, or otherwise responding.

It is therefore ordered that a stipulation of dismissal, or joint status report addressing settlement, must be filed by November 25, 2025.

Dated: November 18, 2025

_____
Cristina D. Silva
United States District Judge