AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Machuca et al

                                                      JUDGMENT IN A CIVIL CASE

                  Plaintiffs,

    v.                                    Case Number: 2:24-cv-01065-CDS-EJY

Clark County School District et al

                       Defendants.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Alexander Machuca against Justin Dimitri Knight in the amount of $36,212.00.

JUDGMENT entered in favor of Arlene Machuca, on behalf of minor child A.M., against Justin Dimitri Knight in the amount of $10,000.00.

04/01/2026
_____
Date

    DEBRA K. KEMPI
_____
Clerk

    /s/ ALZ
_____
Deputy Clerk